# Court of Appeals
# of the State of Georgia

ATLANTA,  September 17, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0306. HELENA BRUNDIDGE v. US BANK NATIONAL ASSOCIATION et al.**

This matter began as a dispossessory proceeding in magistrate court. After an unfavorable ruling, Helena Brundidge filed a petition for a writ of certiorari in the superior court. The superior court dismissed the petition. Brundidge subsequently filed a renewed petition for a writ of certiorari, which the trial court also dismissed. Brundidge then filed a second renewed petition for a writ of certiorari. The superior court dismissed the petition, and Brundidge filed this direct appeal.[1] We, however, lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Brundidge's failure to file an application for discretionary review deprives us of jurisdiction over this appeal. Accordingly, this appeal is hereby DISMISSED.

---

[1] Brundidge filed her appeal in the Supreme Court of Georgia, which transferred the case to this Court. See Case No. S19A1409 (transferred August 5, 2019).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  09/17/2019*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*